**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

**RODRICK HARRIS**                                                                     **PLAINTIFF**

    **v.**                **Case No.: 15-6082**

**BPL PLASMA**                                                                              **DEFENDANT**

**O R D E R**

On this 27th day of October 2015, there comes on for consideration the report and recommendation filed in this case on September 17, 2015, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 9). Also before the Court are Plaintiff's objections to the report and recommendation (doc. 10).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint (doc. 1) is DISMISSED WITH PREJUDICE as the Court lacks subject matter jurisdiction over Plaintiff's claims.

IT IS SO ORDERED this 27th day of October 2015.

                                                    /s/ Robert T. Dawson
                                                    Honorable Robert T. Dawson
                                                    United States District Judge